# EXHIBIT A

**Karyn Abbott & Associates, Inc**  
Certified Shorthand Reporters & Legal Video Services  
1100 S. Flower Street, Suite 2150  
Los Angeles, California 90015  
(213) 749 - 1234 (877) 749 - 0444 Fax: (213) 749 - 0644

10/28/10

INVOICE NO. 60413

Please return duplicate copy to insure proper credit.

IRS NO. 95-4134301

ITT EDUCATIONAL SERVICES, INC.  
13000 NORTH MERIDIAN STREET  
CARMEL, IN 64032

ATTN: MICHAEL CROWLEY

Re: JASON HALASA VS. ITT EDUCATIONAL SERVICES, INC.  
NO.: 1:10-CV-0437 WTL-DML

**Deposition(s) of:**  
JASON HALASA (VOLUME 1) Taken 10/13/10

| | |
|---|---:|
| 338 PAGES X $6.00 PER PAGE = $2,028.00; +.5 WAIT TIME $30 | 2,028.00 |
| ORIGINAL PLUS COMPLIMENTARY COPY: | 532.50 |
| H & S $115+VIDEO HRS. $237.50+1.5 OVERTIME $150 | 817.60 |
| E & I $141.60 & LIVENOTE/ROUGH 338X2=$695 | 1,517.00 |
| VIDEO & DVD CHARGES: | 156.92 |
| Includes interest through 12-31-10 | |
| Please pay this amount.............. | $5,052.02 |

THANK YOU.

499-01VDVD CAROL LYNN COX, CSR# 5128  
Net 30 days. 1 1/2% interest or maximum legal rate will be charged on all accounts over 30 days.  
This bill is issued on the credit of our client and may not be transferred

# Karyn Abbott & Associates, Inc

*Certified Shorthand Reporters & Legal Video Services*

1100 S. Flower Street, Suite 2150

Los Angeles, California 90015

(213) 749 - 1234 (877) 749 - 0444 Fax: (213) 749 - 0644

11/02/10

INVOICE NO. 60422

**Please return duplicate copy to insure proper credit.**

**IRS NO. 95-4134301**

ITT EDUCATIONAL SERVICES, INC.
13000 NORTH MERIDIAN STREET
CARMEL, IN 64032

ATTN: MICHAEL CROWLEY

**Re:** JASON HALASA VS. ITT EDUCATIONAL SERVICES, INC.

NO.: 1:10-CV-0437 WTL-DML

**Deposition(s) of:**
JASON HALASA (VOLUME 2) Taken 10/14/10

| | |
|---|---:|
| 335 PAGES X $6.00 PER PAGE = $2,010.00 | |
| ORIGINAL PLUS COMPLIMENTARY COPY: | 2,010.00 |
| H & S $115; 9 VIDEO HOURS $225 2 HOURS O/T $200 | 540.00 |
| EXHS. & INDEX $82.20 & LIVE/ROUGH 335X2.00 | 752.20 |
| VIDEO & DVD CHARGES: | 1,467.00 |
| Includes interest through 12-31-10 | 140.77 |
| Please pay this amount. . . . . . . . . . . . . . . . | $4,909.97 |

THANK YOU.

504-01VDVD CAROL LYNN COX, CSR# 5128

**Net 30 days. 1 1/2% interest or maximum legal rate will be charged on all accounts over 30 days. This bill is issued on the credit of our client and may not be transferred**